An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

        Appellant,

vs.

GREEN TREE SERVICING, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,

        Respondent.

No. 65975

**FILED**

DEC 2 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

No. 65678

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

        Appellant,

vs.

GREEN TREE SERVICING, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,

        Respondent.

### ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

Appellant has filed an unopposed motion to dismiss these consolidated appeals and remand these matters to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). Appellant's motion is accompanied by an order of the district court certifying that upon remand it is inclined to "grant [appellant's] motion for reconsideration" and "vacate the orders denying injunctive relief and granting the motion to dismiss [and] conduct further proceedings in light of the *SFR* opinion."

Cause appearing, we grant appellant's motion. Accordingly, we remand these matters to the district court pursuant to its certification,

14-42233

and we order these consolidated appeals dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate these consolidated appeals should the district court decline to grant the relief requested.[1] Any such motion to reinstate these consolidated appeals shall be filed within 60 days of the district court's order declining to grant the requested relief. Appellant's request to stay the briefing schedule in these matters is denied as moot.

It is so ORDERED.

_____ , J.
Hardesty

_____ , J.
Douglas

_____ , J.
Cherry

cc: Hon. Susan Johnson, District Judge
Howard Kim & Associates
Brooks Hubley LLP
Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.